# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID E. CALLAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-09-0897-F |
| | ) | |
| GEO GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff David E. Callahan, a prisoner appearing *pro se* and whose pleadings are liberally construed, brings this action pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights.

Plaintiff has objected to the March 2, 2010 Report and Recommendation of Magistrate Judge Valerie K. Couch, in which Magistrate Judge Couch recommends that plaintiff's ninth motion for an extension of time be denied and that this action be dismissed without prejudice. (Objection at doc. no. 32; Report at doc. no. 31; ninth motion at doc. no. 30.) The Report also recommends denial of plaintiff's emergency motion (doc. no. 21).

As required by 28 U.S.C. §636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the record, and the relevant authorities, the court finds that it agrees with the Report and Recommendation of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Report and Recommendation of Magistrate Judge Couch are **DENIED**, and the Report and Recommendation is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. Plaintiff's motions at

doc. nos. 30 and 21 are **DENIED**. This action is **DISMISSED** without prejudice for failure to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*.

Dated this 22nd day of March, 2010.

*/s/ S.P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0897p002.wpd